

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THERESA RUEBBLING, INDIVIDUALLY AND AS HEIR OF VICTORIA RANGEL, DECEASED, | § § | No. 08-22-00068-CV |
| Appellant, | § | Appeal from the |
| v. | § | 421st District Court |
| FOREMOST COUNTY MUTUAL INSURANCE COMPANY, | § § | of Caldwell County, Texas (Trial Court No. 21-0-421) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the Appellee's Motion to Dismiss Appeal for Want of Jurisdiction and concludes the motion should be granted and the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant pay the costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF JULY, 2022.


YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley JJ.